UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-15860 |
| JEANNIE M. VOLLAND, | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **August 4, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

VollandNFRCrtSrv

# SERVICE LIST
## JEANNIE M. VOLLAND, DEBTOR
## CASE NO. 15-15860

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Jeannie M. Volland
3403 N. Keeler Ave
Chicago, IL 60641

David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Ira Goldberg
DiMonte & Lizak, LLC
216 W Higgins Road
Park Ridge, IL 60068

Lois West
Popowcer Katten Ltd
35 East Wacker Drive, Suite 1550
Chicago, IL 60601

American InfoSource LP
As agent for TD Bank USA
PO Box 248866
Oklahoma City, OK 73124-8866

Quantum3 Group LLC
As agent for MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Capital One Bank (USA) N.A.
By American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

PYOD, LLC its successors and assigns
As assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

VollandTFRSrvList