# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jeannie M Volland | § | Case No. 15-15860 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 10,825.00                Assets Exempt: 86,028.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,440.58      Claims Discharged
                                                Without Payment: 243,999.56

Total Expenses of Administration: 11,309.42

3) Total gross receipts of $ 16,750.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 16,750.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 177,381.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,309.42 | 11,309.42 | 11,309.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 50,711.00 | 23,344.14 | 23,344.14 | 5,440.58 |
| **TOTAL DISBURSEMENTS** | $ 228,092.00 | $ 34,653.56 | $ 34,653.56 | $ 16,750.00 |

    4)  This case was originally filed under chapter 7 on  05/04/2015 .  The case was pending for 18 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/20/2016                    By:/s/STEVEN R. RADTKE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Home 3403 N. Keeler Ave. Chicago, Il 60641 | 1110-000 | 16,750.00 |
| **TOTAL GROSS RECEIPTS** | | $ 16,750.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 1800 Tapo Canyon Rd. Simi Valley, CA 93063 | | 160,999.00 | NA | NA | 0.00 |
| | Chase Auto Finance PO Box 901003 Fort Worth, TX 76101-2003 | | 16,382.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 177,381.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,425.00 | 2,425.00 | 2,425.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 16.92 | 16.92 | 16.92 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 7,600.00 | 7,600.00 | 7,600.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 25.00 | 25.00 | 25.00 |
| Popowcer Katten Ltd. | 3410-000 | NA | 892.50 | 892.50 | 892.50 |
| Baird & Warner | 3991-000 | NA | 350.00 | 350.00 | 350.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,309.42 | $ 11,309.42 | $ 11,309.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Shield PO Box 849 Carroll, IA 51401 | | 78.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 4,312.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 700 Prides Xing Newark, DE 19713 | | 3,781.00 | NA | NA | 0.00 |
| | BBY/CBNA PO Box 6497 Sioux Falls, SD 57117 | | 1,438.00 | NA | NA | 0.00 |
| | BioReference 481 Edward H Ross Drive Elmwood Park, NJ 07407 | | 1,595.00 | NA | NA | 0.00 |
| | Cap One Bankruptcy Dept. PO Box 5155 Norcross, GA 30091 | | 1,274.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/BSTBY PO Box 30253 Salt Lake City, UT 84130 | | 3,014.00 | NA | NA | 0.00 |
| | CAP1/Menard PO Box 5253 Carol Stream, IL 60197 | | 525.00 | NA | NA | 0.00 |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | 1,560.00 | NA | NA | 0.00 |
| | CB/Room Place PO Box 182121 Columbus, OH 43218-2121 | | 5,334.00 | NA | NA | 0.00 |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850 | | 3,071.00 | NA | NA | 0.00 |
| | Chicago Sun-Times 350 North Orleans St. Chicago, IL 60654 | | 11.00 | NA | NA | 0.00 |
| | GECRB/Old Navy PO Box 981400 C811 El Paso, TX 79998 | | 5,136.00 | NA | NA | 0.00 |
| | GECRB/TJ Max 4125 Windward Plaza Alpharetta, GA 30005 | | 2,370.00 | NA | NA | 0.00 |
| | GECRB/Wal-Mart PO Box 981400 C77W El Paso, TX 79998 | | 1,330.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Juniper Mastercard P.O. Box 60517 City of Industry, CA 91716 | | 3,866.00 | NA | NA | 0.00 |
| | Lakeshore Women's Health 1460 N. Halsted Suite 503 Chicago, IL 60642 | | 78.00 | NA | NA | 0.00 |
| | Macy's Bankruptcy Processing PO Box 8053 Mason, OH 45040 | | 1,079.00 | NA | NA | 0.00 |
| | Midwest Imaging Professionals PO Box 371863 Pittsburgh, PA 15250-7863 | | 47.00 | NA | NA | 0.00 |
| | Physicians Immediate Care - Chicago PO Box 8799 Carol Stream, IL 60197 | | 179.00 | NA | NA | 0.00 |
| | Presence Health Patient Financial Services 621 17th Street, Ste 1900 Denver, CO 80293 | | 200.00 | NA | NA | 0.00 |
| | Primary Care Medical Associates LTD 700 E. Ogden Ave. #205 Westmont, IL 60559 | | 9.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Swedish Convent Hospital 5145 N. California Ave Chicago, IL 60625 | | 25.00 | NA | NA | 0.00 |
| | TD Bank USA/Target Credit 3701 Wayzata Blvd. Minneapolis, MN 55416-3401 | | 3,174.00 | NA | NA | 0.00 |
| | THD/CBNA PO Box 6497 Sioux Falls, SD 57117-6497 | | 5,229.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | NA | 3,365.19 | 3,365.19 | 784.29 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 1,393.56 | 1,393.56 | 324.78 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 1,614.89 | 1,614.89 | 376.37 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 3,237.85 | 3,237.85 | 754.61 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 5,874.31 | 5,874.31 | 1,369.07 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 1,214.00 | 1,337.04 | 1,337.04 | 311.61 |
| 3 | Quantum3 Group Llc As Agent For | 7100-000 | 782.00 | 887.02 | 887.02 | 206.73 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 5,634.28 | 5,634.28 | 1,313.12 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 50,711.00 | $ 23,344.14 | $ 23,344.14 | $ 5,440.58 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-15860 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |

| Case Name: | Jeannie M Volland | | | | Date Filed (f) or Converted (c): | 05/04/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/15/2015 |
| For Period Ending: | 10/20/2016 | | | | Claims Bar Date: | 03/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Single Family Home 3403 N. Keeler Ave. Chicago, Il 60641 | 180,000.00 | 4,001.00 | | 16,750.00 | FA |
| 2.  Checking Account Bank of America | 25.00 | 25.00 | | 0.00 | FA |
| 3.  Savings Account American First Credit | 3.00 | 3.00 | | 0.00 | FA |
| 4.  T.V., & Furniture | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5.  Normal Apparel | 500.00 | 500.00 | | 0.00 | FA |
| 6.  Life Insurance Policies Term Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 7.  ERISA Qualified 401(k) | 66,000.00 | 66,000.00 | | 0.00 | FA |
| 8.  2013 Nissan Altima-32K Miles | 13,225.00 | 13,225.00 | | 0.00 | FA |
| 9.  2, Dogs | 100.00 | 100.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $261,853.00 | $85,854.00 | | $16,750.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2016 Settlement check of $16750 received; Trustee preparing TFR and fee petition

5/2016 Possible settlement reached for $18,500

12/21/15 Equity in 3403 North Keeler, Chicago, IL

Initial Projected Date of Final Report (TFR): 06/30/2017        Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-15860
Case Name: Jeannie M Volland

Taxpayer ID No: XX-XXX3454
For Period Ending: 10/20/2016

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6214
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/16 | 1 | Jeannie M. Volland | settlement for equity in real estate | 1110-000 | $16,750.00 | | $16,750.00 |
| 07/07/16 | 1001 | Baird & Warner 4037 N. Damen Avenue Chicago, IL 60618 | Payment per order of Court dated 6/23/16 | 3991-000 | | $350.00 | $16,400.00 |
| 09/09/16 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,425.00 | $13,975.00 |
| 09/09/16 | 1003 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $16.92 | $13,958.08 |
| 09/09/16 | 1004 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $7,600.00 | $6,358.08 |
| 09/09/16 | 1005 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $25.00 | $6,333.08 |
| 09/09/16 | 1006 | Popowcer Katten Ltd. 35 East Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $892.50 | $5,440.58 |
| 09/09/16 | 1007 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 23.31 % per court order. | 7100-000 | | $784.29 | $4,656.29 |
| 09/09/16 | 1008 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 23.31 % per court order. | 7100-000 | | $311.61 | $4,344.68 |

Page Subtotals:                                                                 $16,750.00        $12,405.32

Case 15-15860   Doc 32   Filed 11/14/16   Entered 11/14/16 15:27:45   Desc Main
FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 22 of 13

Exhibit 9

| Case No: | 15-15860 | | | | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Jeannie M Volland | | | | Bank Name: | Associated Bank | |
| | | | | | Account Number/CD#: | XXXXXX6214 | |
| | | | | | | Checking | |
| Taxpayer ID No: | XX-XXX3454 | | | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/20/2016 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/16 | 1009 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 3 representing a payment of 23.31 % per court order. | 7100-000 | | $206.73 | $4,137.95 |
| 09/09/16 | 1010 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 4 representing a payment of 23.31 % per court order. | 7100-000 | | $1,313.12 | $2,824.83 |
| 09/09/16 | 1011 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 5 representing a payment of 23.31 % per court order. | 7100-000 | | $324.78 | $2,500.05 |
| 09/09/16 | 1012 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 6 representing a payment of 23.31 % per court order. | 7100-000 | | $376.37 | $2,123.68 |
| 09/09/16 | 1013 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 7 representing a payment of 23.31 % per court order. | 7100-000 | | $754.61 | $1,369.07 |
| 09/09/16 | 1014 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 8 representing a payment of 23.31 % per court order. | 7100-000 | | $1,369.07 | $0.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | $16,750.00 | $16,750.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $16,750.00 | $16,750.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $16,750.00 | $16,750.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals:                $0.00        $4,344.68

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6214 - Checking | $16,750.00 | $16,750.00 | $0.00 |
| | $16,750.00 | $16,750.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,750.00 |
| Total Gross Receipts: | $16,750.00 |

Page Subtotals:                    $0.00          $0.00